# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## AT BECKLEY

REBECCA CHAPMAN,

    Plaintiff,

v.                                CIVIL ACTION NO.  5:23-cv-00178

PRIMECARE MEDICAL, INC.,
PRIMECARE MEDICAL OF
WEST VIRGINIA, INC. and
HUMAYUN RASHID, M.D.,

    Defendants.

## ORDER REMOVING CASE FROM DOCKET

On October 2, 2024, the Court was advised of the settlement of this action by Tammy Bowles Raines, counsel for Plaintiff Rebecca Chapman. Accordingly, the Court **ORDERS** as follows:

1. The remaining requirements of the scheduling order are continued pending further order of the Court;

2. The action is retired to the inactive docket. The parties may, within thirty (30) days after entry of this Order, submit a stipulation of dismissal. In the event a stipulation of dismissal is not received within the prescribed period, the case is **DISMISSED** without prejudice without the necessity of a further order;[1] and

---

[1] In accordance with Rule 41(a)(1)(A)(ii), the referenced stipulation will effect dismissal "without a court order" so long as the stipulation is "signed by all parties who have appeared" in the action. Accordingly, when counsel file a non-compliant "Proposed Dismissal Order," "Stipulation and Order of Dismissal," a "Stipulation of Dismissal" or similar fugitive document with a signature block for the undersigned, they should expect it to be disregarded and not inquire further of Chambers respecting when the document will be signed. The compliant stipulation achieves the dismissal of the case pursuant to Rule 41(a)(1)(A)(ii).

2

     3.       The Court may, for good cause shown, reinstate the action to the active docket upon request of any party filed within the thirty (30) day period.

           The Clerk is directed to send a copy of this Order to any unrepresented parties and counsel of record.

                                ENTER:       October 3, 2024

*Frank W. Volk*
Chief United States District Judge